## THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| CHRISTOPHER JOHANSEN, individually and as the representative of a class of similarly-situated persons, | ) ) ) | |
| Plaintiff, | ) | Case No. 12-CV-7159 |
| | ) | |
| v. | ) | Hon. Sarah L. Ellis |
| | ) | |
| VIVINT, INC., a Utah corporation, | ) | |
| | ) | |
| Defendant. | ) | |

### JOINT STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. Proc. 41(a)(1)(A)(ii), Plaintiff, CHRISTOPHER JOHANSEN, and Defendant, VIVINT, INC., through their undersigned attorneys, hereby stipulate to the dismissal of this action without prejudice. Each party to bear its own costs.

Dated:   July 7, 2014                                    Respectfully submitted,


s/ George K. Lang                                        s/Katherine Heid Harris
George K. Lang                                           Katherine Heid Harris
Brian J. Wanca                                           Thomas J. Cunningham
ANDERSON + WANCA                                         Martin W. Jaszczuk
3701 Algonquin Road, Suite 760                           LOCKE LORD, LLP
Rolling Meadows, IL 60008                                111 South Wacker Drive
Telephone: (847) 368-1500                                Chicago, IL 60606
Facsimile: (847) 368-1501                                Telephone: (312) 443-0610
bwanca@andersonwanca.com                                 Facsimile: (312) 896-6610
glang@andersonwanca.com                                  tcunningham@lockelord.com
                                                         mjaszczuk@lockelord.com

Max G. Margulis #24325
Margulis Law Group                                       *Counsel for Defendant Vivint, Inc.*
28 Old Belle Monte Road
Chesterfield, MO 63017
Telephone: (636) 536-7022
Facsimile: (636) 536-6652
MaxMargulis@MargulisLaw.com


*Counsel for Plaintiff Johansen*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on July 7, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

<u>s/  George K. Lang    </u>