## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

Christopher Johansen
                           Plaintiff,

v.                                     Case No.: 1:12–cv–07159
                                                  Honorable Sara L. Ellis

Vivint, Inc.
                           Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, July 8, 2014:

      MINUTE entry before the Honorable Sara L. Ellis: Pursuant to Fed. R. Civ. Proc. 41(a)(1)(A)(ii), Plaintiff, CHRISTOPHER JOHANSEN, and Defendant, VIVINT, INC., through their undersigned attorneys, hereby stipulate to the dismissal of this action without prejudice. Each party to bear its own costs.Status hearing of 7/17/14 is stricken. Civil case terminated. (lcw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.